**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BENJAMIN HARRIS STIPE, | : | Civil No. 1:24-CV-01894 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

**<u>MEMORANDUM</u>**

Before the court is the report and recommendation of United States

Magistrate Sean A. Camoni recommending that the court consolidate this action

with Plaintiff's related action, 1:23-CV-01368, deny Defendant's motion to

dismiss as moot, and close this case.  (Doc. 39.)  Judge Camoni thoroughly

analyzes why it is proper to *sua sponte* consolidate Plaintiff's cases.  (*Id.*)  Plaintiff

filed an objection that appears to be rearguing his complaint but does not address

the report and recommendation's analysis or conclusions.  (Doc. 40.)  The court

will liberally construe this as general objection to the report and recommendation.

When a party raises only general objections to a report and recommendation,

a district court is not required to conduct a de novo review of the report and

recommendation.  *Goney v. Clark*, 749 F.2d 5, 6–7 (3d Cir. 1984).  "To obtain de

novo determination of a magistrate's findings by a district court, 28 U.S.C.

§ 636(b)(1) requires both timely and specific objections to the report."  *Id.* at 6.

1

Thus, when reviewing general objections to a report and recommendation, the court's review is limited "to ascertaining whether there is 'clear error' or 'manifest injustice'" on the face of the record. *Boomer v. Lewis*, No. 3:06-CV-00850, 2009 WL 2900778, at *1 (M.D. Pa. Sept. 9, 2009).

The court has reviewed Judge Camoni's report and recommendation and finds no clear error or manifest injustice on the face of the record. The objection simply reargues the allegations of the complaint and other matters unrelated to the report and recommendation. Accordingly, the court will adopt the report and recommendation, Doc. 39, consolidate this matter with 1:23-CV-01368, deny Defendant's motion to dismiss as moot, Doc. 11, and close this case. An appropriate order will follow.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: March 10, 2026